Paul Andrew Chiprez
1638 Whitton Ave
San Jose, CA 95116

Debtor in Proper
Paul Andrew Chiprez
ORIGINAL

FILED MAY 19 2014
United States Bankruptcy Court
San Jose, California

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In re:

PAUL ANDREW CHIPREZ

Debtor

CHAPTER 13

Case No.: 10-60223 ASW

**EXPARTE MOTION TO REOPEN BANKRUPTCY CASE**

**TO THE HONORABLE ARTHUR S. WEISSBRODT, UNITED STATES BANKRUPTCY COURT JUDGE; AND THE TRUSTEE:**

Paul Andrew Chiprez, the Debtor herein, moves this Court for an order reopening the above-entitled Chapter 13 Bankruptcy case pursuant to 11 U.S. C. 350(b), for the purpose of avoiding the liens of Debtor's second trust deed of MOAD LLC and Debtor's third deed of trust of ThuTrang Thi Hoang against Debtor's property located at 1638 Whitton Avenue San Jose, CA 95116. The grounds for the requested relief are as follows.

1. Debtor filed for relief under Chapter 13 of the United States Bankruptcy Code October 30, 2010.
2. The meeting of creditors ("MOC") was held on November 15, 2010 by the Chapter 13 Trustee, Devin Derham Burk ("Trustee").
3. None of Debtors creditors appeared at the MOC.

EXPARTE MOTION TO REOPEN CASE

4. On or about November 24, 2010 the Trustee withdrew her objection to confirmation.

5. On January 11, 2011, Debtor's Chapter 13 Plan was confirmed by the Court.

6. On January 11, 2012, this Court issued an order discharging Debtor dischargeable debt and closing this case.

7. The Court can reopen a case to "accord relief to the debtor" 11 U.S.C. 350(b). Motions for reopening of cases should be "routinely granted because the case is necessarily reopened to consider the underlying request for relief." In re Dodge. 138 B.R. 602, 605 (Bankr. E.D. Cal.1992) (citing In re Corgiat, 123 B.R. 388,392,393 (Bankr. E.D. Cal.1991))

8. Debtors' Motion is based on the fact that creditor MOAD, LLC, Second Deed of Trust lien and creditor ThuTrang Thi Hoang, Third Deed of Trust lien on the property is unsecured because the fair market value of the property at the time of the Bankruptcy filing was $209,575.00 which is an amount well below the $386,990.00 owed to Nationstar Mortgage and secured by the First Deed of Trust of Nationstar Mortgage and may therefore be avoided under Bankruptcy Code 11 U.S.C. §§ 506, 1322(b)(2) and 1327.

9. This Court has authority to reopen this case for the reasons stated above. 11 U.S.C. § 350(b); *In re Hicks*, 184 B.R. 954, 962 (Bankr. C.D. Cal 1995).

10. The above-entitled Chapter 13 Bankruptcy case needs to be officially reopened to permit the filing of a Motion to Avoid the Lien of MOAD, LLC and ThuTrang Thi Hoang.

WHEREFORE, Debtor prays that this Court grants an order reopening the above-entitled Bankruptcy Case.

1 | Dated: May 16, 2014

Respectfully submitted:

/s/ Paul Andrew Chiprez
Debtor in Proper

5/16/14

**EXHIBIT A** *(handwritten)*

Profile Report

 

 **Profile Report**                                                                    **Chicago Title**

|  |  |
|---|---|
| Primary Owner: | CHIPREZ PAUL |
| Secondary Owner: | |
| Mail Address: | 1638 WHITTON AVE<br>SAN JOSE, CA 95116-2454 |
| Site Address: | 1638 WHITTON AVE<br>SAN JOSE, CA 95116-2454 |
| APN: | 481-16-080 |
| Housing Tract Number: | |
| Lot Number: | |
| Legal Description: | Legal Brief Description: CITY:SAN JOSE BLK 27 LOT 12 RECORDER'S BOOK C PAGE 80<br>City / Muni / Twp: SAN JOSE |

### Property Details

| | | | | | |
|---|---|---|---|---|---|
| Bedrooms: | 3 | Year Built: | 1950 | Square Feet: | 913 |
| Bathrooms: | 1 | Garage: | | Lot Size: | 5,360 SF |
| Total Rooms: | 5 | Fireplace: | | Number of Units: | 0 |
| Zoning: | R1-8 | Pool: | | Use Code: | Single Family Residential |
| No of Stories: | 1 | | | | |
| Building Style: | | | | | |

### Sale Information

| | | | | | |
|---|---|---|---|---|---|
| Transfer Date: | 04/03/2006 | Seller: | CHIPREZ, CONNIE | | |
| Transfer Value: | $0.00 | Document#: | 18870242 | Cost/Sq Feet: | |
| Title Company: | ACCOMMODATION | | | | |

### Assessment and Taxes

| | | | | | |
|---|---|---|---|---|---|
| Assessed Value: | $38,228.00 | Percent Improvement: | 52.95% | Homeowner Exemption: | H |
| Land Value: | $17,987.00 | Tax Amount: | $1,020.24 | Tax Rate Area: | 17-194 |
| Improvement Value: | $20,241.00 | Tax Account ID: | | Tax Status: | Current |
| Market Improvement Value: | | Market Land Value: | | Market Value: | |
| Tax Year: | 2013 | | | | |

Courtesy of Chicago Title
Offered by Chicago Title
All Information produced is deemed reliable but is not guaranteed.


5/16/14               Profile Report



## Property History  Chicago Title

### Foreclosure Record - 11/27/2007

| | | | |
|---|---|---|---|
| **Recording Date:** | 11/27/2007 | **Document#:** | 19662735 |
| **Document Type:** | Notice of Default | | |
| **Min. Bid Amount:** | $0.00 | | |
| **Beneficiary Name:** | RESIDENTIAL CAPITAL | | |
| **Beneficiary Name:** | CHIPREZ, PAUL | | |
| **Trustee Names:** | NOT GIVEN | | |
| **Mailing Address:** | 2141 5TH AVE SAN DIEGO CA 92101 | | |
| **TS#:** | CA-07-113970-MS | **Loan Doc #:** | 19404789 |
| **Loan Date:** | 20070430 | **Loan Amount:** | 45200 |
| **Contact Name:** | RESIDENTIAL CAPITAL | | |
| **Attention:** | QUALITY LOAN SERVICE CORP | | |
| **Lender Type:** | Not Known | **Borrowers Name:** | |
| **Vesting:** | N/A | | |
| **Legal Description:** | | | |

### Mortgage Record - 04/30/2007

| | | | |
|---|---|---|---|
| **Recording Date:** | 04/30/2007 | **Document#:** | 19404789 |
| **Loan Amount:** | $34,110.00 | **Loan Type:** | Credit Line (Revolving) |
| **TD Due Date:** | | **Type of Financing:** | |
| **Lender Name:** | RESIDENTIAL CAPITAL MORTGAGE INCOME FUND | | |
| **Lender Type:** | *N | **Borrowers Name:** | CHIPREZ,PAUL |
| **Vesting:** | N/A | | |
| **Legal Description:** | Lot Number: 12<br>Block: 27<br>Subdivision: MAP OF THE SECOND SUBDIVISION OF THE LENDUM TRACT<br>City / Muni / Twp: SAN JOSE | | |

*[handwritten: Deltoro Elite Servig cro, 2nd]*

### Mortgage Record - 11/14/2006

| | | | |
|---|---|---|---|
| **Recording Date:** | 11/14/2006 | **Document#:** | 19186172 |
| **Loan Amount:** | $379,000.00 | **Loan Type:** | Balloon |
| **TD Due Date:** | 11/15/2036 | **Type of Financing:** | ADJ |
| **Lender Name:** | NATIONSTAR MORTGAGE LLC | | |
| **Lender Type:** | Mortgage company | **Borrowers Name:** | CHIPREZ,PAUL |
| **Vesting:** | N/A | | |
| **Legal Description:** | Lot Number: 12<br>Block: 27<br>Subdivision: MAP OF THE SECOND SUBDIVISION OF THE LENDUM TRACT | | |

*[handwritten: 1st]*

Courtesy of Chicago Title
Offered by Chicago Title
All Information produced is deemed reliable but is not guaranteed.



 **Property History**      **Chicago Title**

---

### Foreclosure Record - 08/07/2008

| | | | |
|---|---|---|---|
| **Recording Date:** | 08/07/2008 | **Document#:** | 19948597 |
| **Document Type:** | Notice of Default | | |
| **Min. Bid Amount:** | $0.00 | | |
| **Beneficiary Name:** | RESIDENTIAL CAPITAL | | |
| **Beneficiary Name:** | CHIPREZ, PAUL | | |
| **Trustee Names:** | NEW CENTURY TITLE CO | | |
| **Mailing Address:** | 31194 LA BAYA DR 106 WESTLAKE VILLAGE CA 91362 | | |
| **TS#:** | 2008-2757 | **Loan Doc #:** | 19404789 |
| **Loan Date:** | 20070430 | **Loan Amount:** | 45200 |
| **Contact Name:** | RESIDENTIAL CAPITAL | | |
| **Attention:** | S B S TRUST DEED NETWORK | | |
| **Lender Type:** | Not Known | **Borrowers Name:** | |
| **Vesting:** | N/A | | |
| **Legal Description:** | | | |

### Foreclosure Record - 05/22/2008

| | | | |
|---|---|---|---|
| **Recording Date:** | 05/22/2008 | **Document#:** | 19862438 |
| **Document Type:** | Notice of Rescission | | |
| **Min. Bid Amount:** | $0.00 | | |
| **Beneficiary Name:** | , | | |
| **Lender Type:** | Not Known | **Borrowers Name:** | |
| **Vesting:** | N/A | | |
| **Legal Description:** | | | |

### Mortgage Record - 03/11/2008

| | | | |
|---|---|---|---|
| **Recording Date:** | 03/11/2008 | **Document#:** | 19770356 |
| **Loan Amount:** | $16,000.00 | **Loan Type:** | Unknown |
| **TD Due Date:** | | **Type of Financing:** | |
| **Lender Name:** | THUTRANG THI HOANG | | |
| **Lender Type:** | Private Party | **Borrowers Name:** | CHIPREZ,PAUL |
| **Vesting:** | N/A | | |
| **Legal Description:** | Lot Number: 12<br>Block: 27<br>Subdivision: MAP OF THE SECOND SUBDIVISION OF THE LENDRUM TRACT<br>City / Muni / Twp: SAN JOSE | | |

*(handwritten: 3rd)*

Courtesy of Chicago Title
Offered by Chicago Title
All Information produced is deemed reliable but is not guaranteed.

Case: 10-60223   Doc# 33   Filed: 05/19/14   Entered: 05/20/14 13:33:56   Page 6 of 7

/16/14

Profile Report



# Chicago Title

## Property History

**CHIPREZ PAUL**
1638 WHITTON AVE, SAN JOSE, CA 95116-2454
APN: 481-16-080   SANTA CLARA COUNTY

### Foreclosure Record - 03/30/2010

| | | | |
|---|---|---|---|
| Recording Date: | 03/30/2010 | Document#: | 20661342 |
| Document Type: | Notice of Rescission | | |
| Min. Bid Amount: | $0.00 | | |
| Beneficiary Name: | , | Borrowers Name: | |
| Lender Type: | Not Known | | |
| Vesting: | N/A | | |
| Legal Description: | | | |

### Foreclosure Record - 09/02/2009

| | | | |
|---|---|---|---|
| Recording Date: | 09/02/2009 | Document#: | 20419881 |
| Document Type: | Notice of Sale (aka Notice of Trustee's Sale) | | |
| Auction Location: | 190 N MARKET ST | | |
| Auction Date/Time: | 09/21/2009 11:00 A.M. | | |
| Min. Bid Amount: | $411,718.00 | | |
| Beneficiary Name: | , | Loan Amount: | 0 |
| Loan Date: | 20061114 | Borrowers Name: | |
| Lender Type: | Not Known | | |
| Vesting: | N/A | | |
| Legal Description: | | | |

### Foreclosure Record - 05/28/2009

| | | | |
|---|---|---|---|
| Recording Date: | 05/28/2009 | Document#: | 20270148 |
| Document Type: | Notice of Default | | |
| Min. Bid Amount: | $0.00 | | |
| Beneficiary Name: | NATIONSTAR MORTGAGE LLC | | |
| Beneficiary Name: | CHIPREZ, PAUL | | |
| Trustee Names: | NOT GIVEN | | |
| Mailing Address: | 2141 5TH AVE  SAN DIEGO CA 92101 | Loan Doc #: | 19186172 |
| TS#: | CA-09-285830-AB | Loan Amount: | 379000 |
| Loan Date: | 20061114 | | |
| Contact Name: | NATIONSTAR MORTGAGE LLC | | |
| Attention: | QUALITY LOAN SERVICE CORP | Borrowers Name: | |
| Lender Type: | Not Known | | |
| Vesting: | N/A | | |
| Legal Description: | | | |

Courtesy of Chicago Title
Offered by Chicago Title
All information produced is deemed reliable but is not guaranteed.