ORIGINAL



FILED
MAY 19 2014
United States Bankruptcy Court
San Jose, California

Paul Andrew Chiprez
1638 Whitton Ave
San Jose, CA 95116

Debtor in Proper
Paul Andrew Chiprez

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| In re: | CHAPTER 13 |
| PAUL ANDREW CHIPREZ | Case No.: 10-60223 ASW |
| Debtor | NOTICE OF MOTION TO REOPEN BANKRUPTCY CASE |

**TO THE HONORABLE ARTHUR S. WEISSBRODT, UNITED STATES BANKRUPTCY COURT JUDGE; AND OTHER INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that on May 16, 2014, Chiprez, Paul filed the attached Motion to Reopen Case (the "Motion") in the above-entitled and numbered Chapter 13 case.

This Motion is based upon the second trust lien initially held by RESIDENTIAL CAPITAL MORTGAGE INCOME FUND and is now currently held by MOAD, LLC of $45,200, recorded on April 30, 2007, and the third trust lien of ThuTrang Thi Hoang of $16,000.00, recorded on March 11, 2008 by ThuTrang Thi Hoang against Debtor's property as shown in Chicago Title Company Profile attached Hereto as Exhibit "A", as well as upon the documents filed in support of it, such as declarations and exhibits. These lien were filed prior to the filing of the Bankruptcy in September 30, 2010 and creditors were duly notified as shown in Exhibit "D".

Specifically, Movants seek to reopen this case in order to file a Motion to avoid the lien of creditors MOAD, LLC Account No. xxxx4747 and ThuTrang Thi Hoang.

Dated: May 16, 2014                    /s/ Paul Andrew Chiprez
                                       Debtor In Proper