Paul Andrew Chiprez
1638 Whitton Ave
San Jose, CA 95116

Debtor in Proper
Paul Andrew Chiprez

The following constitutes the
Order of the Court. Signed 5/20 2014

HON. ARTHUR S. WEISSBRODT
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In re:

PAUL ANDREW CHIPREZ

    Debtor

CHAPTER 13

Case No.: 10-60223 ASW

**ORDER GRANTING MOTION TO REOPEN CHAPTER 7 CASE**

Based on the Ex Parte Motion to Reopen Case, the Declaration in support thereof, and good cause appearing therefore,

IT IS HEREBY ORDERED that bankruptcy case no. 10-60223 ASW 13 is reopened.

**\*\*END OF ORDER\*\***

COURT SERVICE LIST

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | Debtor |
| 4 | Paul Chiprez |
| | 1638 Whitton Avenue |
| 5 | San Jose, CA 95116 |
| 6 | Chapter 13 Trustee |
| 7 | Devin Derham Burk |
| | P.O. Box 50013 |
| 8 | San Jose, CA 95150-0013 |
| 9 | U.S. Trustee |
| | U.S. Trustee's Office |
| 10 | U.S. Federal Bldg. |
| | 280 S 1st St. #268 |
| 11 | San Jose, CA 95113-3004 |