ORIGINAL FILED

JUN 0 6 2014
United States Bankruptcy Court
San Jose, California

1   **Paul Andrew Chiprez**
2   1638 Whitton Ave
    San Jose, CA 95116
3
    Debtor in Proper
4   Paul Andrew Chiprez

5

6   **UNITED STATES BANKRUPTCY COURT**
    **NORTHERN DISTRICT OF CALIFORNIA**
7   **SAN JOSE DIVISION**

8   In re:                          ) **Case No.: 10-60223 ASW**
                                     )
9   CHIPREZ, PAUL ANDREW            ) **Chapter 13**
                                     )
10          Debtor.                  ) **CERTIFICATE OF SERVICE**
                                     )
11                                   )
                                     )
12                                   )
                                     )
13                                   )
    _____

14
15  I, Jocelyn Lopez, declare:

16  I am a citizen of the United States and employed in the County of Santa Clara, State of

17  California. I am over the age of 18 years and not a party to the within action. My business address is

18  675 North First Street, Suite 700, San Jose, CA 95112.

19  On this date, I served the following:

20  1. *Notice Of Motion To Avoid Second Deed Of Trust Lien and Value Collateral of MOAD,*

21     *LLC;*

22  2. *Motion To Avoid Second Deed of Trust Lien and Value Collateral of MOAD, LLC;*

23  3. *Memorandum of Points & Authorities In Support Of Motion To Avoid Second Deed of*

24     *Trust Lien and Value Collateral of MOAD, LLC;*

25
26  4. *Declaration of Debtor In Support of Motion To Avoid Second Deed of Trust Lien and*

27     *Value Collateral of MOAD, LLC;*

28  5. *Exhibits A-F*

Case: 10-60223   Doc# 43   Filed: 06/06/14   Entered: 06/06/14 15:21:11   Page 1 of 2

**6. *Certificate of Service***

by E-Service:

Devin Derham-Burk
Chapter 13 Standing Trustee
PO Box 50013
Hayward, CA 95150-0013

By placing a true copy thereof, enclosed in a sealed envelope with CERTIFIED MAIL postage thereon fully prepaid, for deposit in the United States Postal Service addressed:


Process Serving Agent:
Bruce Methven
2232 Sixth Street
Berkley, CA 94710

Moad, LLC
Corporate Office
3830 Valley Court Drive Ste. 705322
San Diego, CA 92130

Solomon, Grindle, Silverman & Wintringer
12651 High Bluff Drive, Suite 250
San Diego, CA 92130



     I declare under penalty of perjury that the foregoing is true and correct. Executed in San Jose, California on June 5, 2014.

                                          /s/ Jocelyn Lopez
                                          Jocelyn Lopez

Case: 10-60223   Doc# 43   Filed: 06/06/14   Entered: 06/06/14 15:21:11   Page 2 of 2