**Paul Andrew Chiprez**
1638 Whitton Ave
San Jose, CA 95116

Debtor in Proper
Paul Andrew Chiprez

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| In re: | Case No.: 10-60223 ASW |
| CHIPREZ, PAUL ANDREW | Chapter 13 |
| Debtor. | CERTIFICATE OF SERVICE |

I, Jocelyn Lopez, declare:

I am a citizen of the United States and employed in the County of Santa Clara, State of California. I am over the age of 18 years and not a party to the within action. My business address is 675 North First Street, Suite 700, San Jose, CA 95112.

On this date, I served the following:

1. *Notice Of Motion To Avoid Third Deed Of Trust Lien and Value Collateral of* **THUTRANG THI HOANG & MARY SHANG;**

2. *Motion To Avoid Third Deed of Trust Lien and Value Collateral of* **THUTRANG THI HOANG & MARY SHANG;**

3. *Memorandum of Points & Authorities In Support Of Motion To Avoid Third Deed of Trust Lien and Value Collateral of* **THUTRANG THI HOANG & MARY SHANG;**

4. *Declaration of Debtor In Support of Motion To Avoid Third Deed of Trust Lien and Value Collateral of* **THUTRANG THI HOANG & MARY SHANG;**

5. *Exhibits A-E*

6. *Certificate of Service*

by E-Service:

Devin Derham-Burk
Chapter 13 Standing Trustee
PO Box 50013
Hayward, CA 95150-0013

By placing a true copy thereof, enclosed in a sealed envelope with CERTIFIED MAIL postage thereon fully prepaid, for deposit in the United States Postal Service addressed:

Process Serving Agent Agent
John Kwei
2068 El Serrano Ave
Los Altos, CA 94024

ThuTran Thi Hoang
283 Isabella Street
Hayward, CA 94544

Mary Shang
283 Isabella Street
Hayward, CA 94544


I declare under penalty of perjury that the foregoing is true and correct. Executed in San Jose, California on June 6, 2014.

                                                  /s/ Jocelyn Lopez
                                                  Jocelyn Lopez