Paul Andrew Chiprez
1638 Whitton Ave
San Jose, CA 95116

Debtor in Proper
Paul Andrew Chiprez

The following constitutes the
Order of the Court. Signed 7/2 20 14

HON. ARTHUR S. WEISSBRODT
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

In re:

CHIPREZ, PAUL ANDREW

    Debtor.

) Case No.: 10-60223 ASW
) Chapter 13
)
) ORDER VALUING THIRD DEED OF
) TRUST OF THUTRANG THI HOANG &
) MARY SHANG
)

    On June 2, 2014, Debtors filed a motion to value the Third Deed of Trust lien of THUTRANG THI HOANG & MARY SHANG against the property commonly known as 1638 Whitton Ave, San Jose, CA 95116 ("Property"), APN No. 481-16-080, and more fully described in Exhibit A attached hereto, which lien was recorded in the County of Santa Clara as document No. 19186172.

    The Court finds that Notice of the Motion upon THUTRANG THI HOANG & MARY SHANG was proper. THUTRANG THI HOANG & MARY SHANG having failed to file timely opposition to Debtors' motion, the court hereby orders as follows.

(1)    For purposes of Debtor's Chapter 13 Plan only, the Third Deed of Trust Lien ("lien") is valued at zero, THUTRANG THI HOANG & MARY SHANG does not have a secured claim and the Lien may not be enforced, pursuant to 11 U.S.C. §§ 506, 1322(b)(2) and 1327.

(2)    This order shall become part of Debtor's confirmed Chapter 13 Plan.

ORDER

(3) Upon entry of a discharge in Debtor's Chapter 13 case, the Lien shall be voided for all purposes, and upon application by Debtor, the court will enter an appropriate form of judgment voiding the Lien.

(4) If Debtor's Chapter 13 case is dismissed or converted to one under another chapter before Debtor obtain a discharge, this order shall cease to be effective and the lien shall be retained to the extent recognized by applicable non-bankruptcy law, and upon application by the lien holder, the court will enter an appropriate form of order restoring the Lien.

(5) Except as provided by separate, subsequent order of this court, the Lien may not be enforced so long as this order remains in effect.

***END OF ORDER***

| | |
|---|---|
| 1 | Clerk Service List |
| 2 | |
| 3 | Devin Derham-Burk |
| 4 | Chapter 13 Standing Trustee |
| | PO Box 50013 |
| 5 | Hayward, CA 95150-0013 |
| | *By E-Service:* |
| 6 | |
| 7 | Process Serving Agent Agent |
| | John Kwei |
| 8 | 2068 El Serrano Ave |
| | Los Altos, CA 94024 |
| 9 | |
| 10 | ThuTran Thi Hoang |
| | 283 Isabella Street |
| 11 | Hayward, CA 94544 |
| 12 | |
| 13 | Mary Shang |
| | 283 Isabella Street |
| 14 | Hayward, CA 94544 |

3

ORDER
Case: 10-60223     Doc# 52     Filed: 07/02/14     Entered: 07/03/14 15:28:00     Page 3 of 3